IN THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
Division

| | |
|---|---|
| GEORGE ALBERT, DORMAL ALBERT III, WILFREDO ALMODOVAR, DENNIS AXLEY, JOHN BANEGAS, DOMINICK BARBENERA, MICHAEL BARBERA, JAMES BARRETT, MICHAEL BARRY III JOHN BERG, ROBERT BLACHARD, THOMAS BROEDELL, RANDALL COLEMAN, PETER CONYETTE, VINCENT CURCIO, CLIFF CURTIS, CHAICHARN CUYNO, DANIELLE DAUNAIS, RICHARD DEPAOLA, SANDRA DROWN, DAVID ENGLAND, ANTHONY ESPINOSA, AMY FACCINE, CLYDE FISHER, DANIEL FOOTE, ERIC FRANK, CHARLES FRONRATH, PHILIP GELINA, KENNETH GERARD, ROBERT HARBAR, PAUL HARRINGTON, QUINN HARRIS, ADAM HIRSCH, BRENT HOOSAC, RICHARD HUBBARD, CARLA IRONS, SHAWN JOHNSON, FELIPE JOSE, JARED KENERSON, ROBERT KNIFFIN, CRAIG KOHLHORST, DON KOWALSKI, JONATHAN LLOYD, SHANE LUNSFORD, DAVID MALONE, RAYMOND MONTROIS, SCOTT PASCARELLA, BRIAN POPILEK, KELLY SANDERS, TIM SAUNDERS, DAVID SCHULTZ, STEVE SETTLE, JILL SITRA- ROSCO, CHRIS SMITH, JEFF SPRAUER, BRUCE ST. LAURENT, KIM THOMPSON, PETER TREMBLAY, BRADLEY VINCE, JUSTIN WALLACE, AMY WALLING, JOHN WARD, PAMELA WEINGARD, NESTOR ZARAGOZA, LENORE MAIO, NIKITAS SCOPELITAS, JOHN WISNIESKI, MARK BAKER, SCOTT DEATLEY, TOM FLANNERY, ANTONIO GOMEZ, SAM MILLER, | Case No.: 00 - 8914<br><br>CIV - HURLEY<br><br>FRANK J. LYNCH, JR.<br>UNITED STATES MAGISTRATE JUDGE<br><br>**COMPLAINT** NIGHT BOX FILED<br><br>OCT 0 6 2000<br><br>CLERK, USDC / SDFL / WPB |



EARL SMITH, KARI ALLEN,
HELENE BRENNER, CELESTE HANNAH,
KRISTINA JAVOR, ROSSILYN MILLER,
NICOLE RODGERS, GIA RUTHERFORD,
KAREN THAYER, MELINDA THOMPSON,
and HEIDI-JO WICK,

        Plaintiffs,

vs.

TOWN OF JUPITER, FLORIDA,

        Defendant.
_____/

NOW COMES George Albert, et al., Plaintiffs herein, by and through the undersigned attorneys and hereby sue the Town of Jupiter, individually, under the Fair Labor Standards Act of 1938, as follows:

## INTRODUCTION

1. This is an action to recover damages and to enforce the provisions of the Fair Labor Standards Act of 1938 ("FLSA"), 29 U.S.C. Section 201, et seq.

2. Jurisdiction of this Court is invoked pursuant to the provisions of 28 U.S.C. Section 1331 and 28 U.S.C. Section 1337.

3. Venue is proper in this Honorable Court pursuant to 28 U.S.C. Section 1391.

4. The Town of Jupiter, Florida is an "employer" within the meaning of 29 U.S.C. Section 203(d).

5. Plaintiffs are "employees" within the meaning of 29 U.S.C. Section 203(e).

6. At all times relevant hereto the acts and omissions giving rise to this cause of action took place within the County of Palm Beach, State of Florida.

## COUNT I

Plaintiffs readopt the allegations set forth in paragraphs 1 through 6 as if fully set forth herein.

7. During all times relevant to the instant action, Plaintiffs have worked in excess of forty (40) hours in a seven (7) day work cycle.

8. Plaintiffs aver that they have not been compensated for the hours worked in excess of forty (40) hours within a seven (7) day work cycle, at a rate of no less than time and one half of the regular rate as required by the Fair Labor Standards Act, in violation of 29 U.S.C. Section 207.

9. Plaintiffs further aver that the Town of Jupiter has willfully violated the provisions of the Fair Labor Standards Act within the meaning of 29 U.S.C. Section 255.

**WHEREFORE**, Plaintiffs demand judgment against Defendant and in their favor and ask that this Honorable Court Order:

a) Award all back pay and overtime compensation due, in an amount to be determined at trial,

b) Award pre-judgement interest in an amount to be determined at trial,

c) Award liquidated damages,

d) Award the reasonable attorneys fees and costs associated with the prosecution of this action, and

e) For such other and further relief as this Court may deem just.

**RESPECTFULLY SUBMITTED.**

SHELLEY B. MUND
Attorney for Plaintiffs
2100 N. Florida Mango Road
West Palm Beach, FL 33409-6400
(561)689-3745

*Shelley B. Mund*
Shelley B. Mund
(F.B.N. 962740)

JS 44
(Rev. 12/96)

# CIVIL COVER SHEET

00-8914

CIV - HURLEY

FRANK J. LYNCH, JR.
UNITED STATES MAGISTRATE JUDGE

The JS-44 civil cover sheet and the information contained herein neither replace nor supplement the filing and service of pleadings or other papers as required by law, except as provided by local rules of court. This form, approved by the Judicial Conference of the United States in September 1974, is required for the use of the Clerk of Court for the purpose of initiating the civil docket sheet. (SEE INSTRUCTIONS ON THE REVERSE OF THE FORM.)

## I. (a) PLAINTIFFS
GEORGE ALBERT, et al.,

## DEFENDANTS
TOWN OF JUPITER

(b) COUNTY OF RESIDENCE OF FIRST LISTED PLAINTIFF: Palm Beach
(EXCEPT IN U.S. PLAINTIFF CASES)

COUNTY OF RESIDENCE OF FIRST LISTED DEFENDANT: Palm Beach
(IN U.S. PLAINTIFF CASES ONLY)
IN LAND CONDEMNATION CASES, USE THE LOCATION OF THE TRACT OF LAND INVOLVED.

NIGHT BOX FILED
OCT 5 2000
CLERK, USDC / SDFL / WPB

(c) ATTORNEYS (FIRM NAME, ADDRESS, AND TELEPHONE NUMBER)
Shelley B. Mund, Esquire
2100 N. Florida Mango Rd., WPB, FL 33409

ATTORNEYS (IF KNOWN)

(d) CIRCLE COUNTY WHERE ACTION AROSE: DADE, MONROE, BROWARD, (PALM BEACH), MARTIN, ST. LUCIE, INDIAN RIVER, OKEECHOBEE HIGHLANDS

## II. BASIS OF JURISDICTION (PLACE AN "X" IN ONE BOX ONLY)
- ☐ 1 U.S. Government Plaintiff
- ☒ 3 Federal Question (U.S. Government Not a Party)
- ☐ 2 U.S. Government Defendant
- ☐ 4 Diversity (Indicate Citizenship of Parties in Item III)

## III. CITIZENSHIP OF PRINCIPAL PARTIES (For Diversity Cases Only)

|  | PTF | DEF |  | PTF | DEF |
|---|---|---|---|---|---|
| Citizen of This State | ☐ 1 | ☐ 1 | Incorporated or Principal Place of Business In This State | ☐ 4 | ☐ 4 |
| Citizen of Another State | ☐ 2 | ☐ 2 | Incorporated and Principal Place of Business In Another State | ☐ 5 | ☐ 5 |
| Citizen or Subject of a Foreign Country | ☐ 3 | ☐ 3 | Foreign Nation | ☐ 6 | ☐ 6 |

## IV. ORIGIN (PLACE AN "X" IN ONE BOX ONLY)
- ☒ 1 Original Proceeding
- ☐ 2 Removed from State Court
- ☐ 3 Remanded from Appellate Court
- ☐ 4 Reinstated or Reopened
- ☐ 5 Transferred from another district (specify)
- ☐ 6 Multidistrict Litigation
- ☐ 7 Appeal to District Judge from Magistrate Judgment

## V. NATURE OF SUIT (PLACE AN "X" IN ONE BOX ONLY)

| A CONTRACT | A TORTS | FORFEITURE/PENALTY | A BANKRUPTCY | A OTHER STATUTES |
|---|---|---|---|---|
| ☐ 110 Insurance | **PERSONAL INJURY** | B☐ 610 Agriculture | ☐ 422 Appeal 28 USC 158 | ☐ 400 State Reapportionment |
| ☐ 120 Marine | ☐ 310 Airplane | B☐ 620 Other Food & Drug | | ☐ 410 Antitrust |
| ☐ 130 Miller Act | ☐ 315 Airplane Product Liability | B☐ 625 Drug Related Seizure of Property 21 USC 881 | ☐ 423 Withdrawal 28 USC 157 | ☐ 430 Banks and Banking |
| ☐ 140 Negotiable Instrument | ☐ 320 Assault, Libel & Slander | B☐ 630 Liquor Laws | | B☐ 450 Commerce/ICC Rates/etc |
| ☐ 150 Recovery of Overpayment & Enforcement of Judgment | ☐ 330 Federal Employers' Liability | B☐ 640 R.R. & Truck | **A PROPERTY RIGHTS** | ☐ 460 Deportation |
| ☐ 151 Medicare Act | ☐ 340 Marine | B☐ 650 Airline Regs | ☐ 820 Copyrights | ☐ 470 Racketeer Influenced and Corrupt Organizations |
| B☐ 152 Recovery of Defaulted Student Loans (Excl Veterans) | ☐ 345 Marine Product Liability | B☐ 660 Occupational Safety/Health | ☐ 830 Patent | ☐ 810 Selective Service |
| B☐ 153 Recovery of Overpayment of Veteran's Benefits | ☐ 350 Motor Vehicle | B☐ 690 Other | ☐ 840 Trademark | ☐ 850 Securities/Commodities/ Exchange |
| ☐ 160 Stockholders' Suits | ☐ 355 Motor Vehicle Product Liability | **A LABOR** | **B SOCIAL SECURITY** | ☐ 875 Customer Challenge 12 USC 3410 |
| ☐ 190 Other Contract | ☐ 360 Other Personal Injury | ☒ 710 Fair Labor Standards Act | ☐ 861 HIA (1395ff) | ☐ 891 Agricultural Acts |
| ☐ 195 Contract Product Liability | **PERSONAL INJURY** | ☐ 720 Labor/Mgmt Relations | ☐ 862 Black Lung (923) | ☐ 892 Economic Stabilization Act |
| **A REAL PROPERTY** | ☐ 362 Personal Injury Med Malpractice | ☐ 730 Labor/Mgmt Reporting & Disclosure Act | ☐ 863 DIWC/DIWW (405(g)) | ☐ 893 Environmental Matters |
| ☐ 210 Land Condemnation | ☐ 365 Personal Injury Product Liability | ☐ 740 Railway Labor Act | ☐ 864 SSID Title XVI | ☐ 894 Energy Allocation Act |
| B☐ 220 Foreclosure | ☐ 368 Asbestos Personal Injury Product Liability | ☐ 790 Other Labor Litigation | ☐ 865 RSI (405(g)) | ☐ 895 Freedom of Information Act |
| ☐ 230 Rent Lease & Ejectment | **PERSONAL PROPERTY** | A☐ 791 Empl Ret Inc Security Act | **FEDERAL TAX SUITS** | ☐ 900 Appeal of Fee Determination Under Equal Access to Justice |
| ☐ 240 Torts to Land | ☐ 370 Other Fraud | | A☐ 870 Taxes (U.S. Plaintiff or Defendant) | ☐ 950 Constitutionality of State Statutes |
| ☐ 245 Tort Product Liability | ☐ 371 Truth in Lending | | A☐ 871 IRS Third Party 26 USC 7609 | ☐ 890 Other Statutory Actions A OR B |
| ☐ 290 All Other Real Property | ☐ 380 Other Personal Property Damage | | | |
| **A CIVIL RIGHTS** | ☐ 385 Property Damage Product Liability | | | |
| ☐ 441 Voting | **PRISONER PETITIONS** | | | |
| ☐ 442 Employment | B☐ 510 Motions to Vacate Sentence | | | |
| ☐ 443 Housing/ Accommodations | **HABEAS CORPUS:** | | | |
| ☐ 444 Welfare | B☐ 530 General | | | |
| ☐ 440 Other Civil Rights | A☐ 535 Death Penalty | | | |
| | B☐ 540 Mandamus & Other | | | |
| | B☐ 550 Civil Rights | | | |
| | B☐ 555 Prison Condition | | | |

## VI. CAUSE OF ACTION (CITE THE U.S. CIVIL STATUTE UNDER WHICH YOU ARE FILING AND WRITE BRIEF STATEMENT OF CAUSE DO NOT CITE JURISDICTIONAL STATUTES UNLESS DIVERSITY)
Claim for wages under the fair labor standards act, 29 U.S.C. Section 207(a)

LENGTH OF TRIAL
via 2 days estimated (for both sides to try entire case)

## VII. REQUESTED IN COMPLAINT:
☐ CHECK IF THIS IS A CLASS ACTION UNDER F.R.C.P. 23
DEMAND $ Unspecified
CHECK YES only if demanded in complaint:
JURY DEMAND: ☐ YES ☒ NO

## VIII. RELATED CASE(S) IF ANY (See instructions): NONE
JUDGE _____ DOCKET NUMBER _____

DATE October 5, 2000
SIGNATURE OF ATTORNEY OF RECORD
Shelley B. Mund  Fla Bar #962740

**FOR OFFICE USE ONLY**
RECEIPT # 113292  AMOUNT $150.00  APPLYING IFP _____  JUDGE Hurley  MAG. JUDGE Lynch