IN THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

GEORGE ALBERT, et al.,

    Plaintiffs,

vs.

CASE NO.: 00-8914 CIV-HURLEY

TOWN OF JUPITER, FLORIDA

    Defendant
_____/

**CLOSED CASE**



FILED by _____ D.C.

FEB 1 4 2001

CLARENCE MADDOX
CLERK U.S. DIST. CT.
S.D. OF FLA. - W.P.B.

### JOINT STIPULATION AND ORDER FOR DISMISSAL WITH PREJUDICE

COMES NOW the parties, TOWN OF JUPITER and GEORGE ALBERT, et al., by and through their undersigned attorneys, and show unto this Court that all matters in controversy have been compromised and settled to the satisfaction of the parties herein. It is therefore agreed that the above styled action of the Plaintiffs against the Defendants be dismissed with prejudice with the Court retaining jurisdiction to enforce the terms of this agreement based upon the following conditions:

1. The Town has calculated the amount of overtime hours worked by the Plaintiffs from October 1, 1997 through September 30, 2000 (see Exhibit "A"), a copy of which is attached hereto and incorporated herein. This calculation is hereby expressly accepted by the parties as the total amount of back pay and overtime compensation to be paid by the Town to the Plaintiffs. The parties agree that this calculation accurately reimburses the Plaintiffs for the amount of compensation which is equal to their respective hourly rates for a uniform cleaning allowance.



2. Both parties agree to enter into a Memorandum of Understanding changing Article 26, Section 26.4 of the PBA Collective Bargaining Agreement, referring to patrol officers and communications officers which would delete the phrase "cleaning allowance" and replace it with "clothing allowance".

3. Each side agrees to bear their own attorney fees and costs.

DATED this 9th of Febuary, 2001.

| | |
|---|---|
| Alan M. Aronson | Thomas J, Baird, P.A. |
| General Counsel | Attorney for Town of Jupiter |
| 2100 N. Florida Mango Rd. | 11891 U.S. Highway One, Suite 105 |
| West Palm Beach, FL 33406 | North Palm Beach, FL 33408 |
| Tel: (561) 689-3745 | Tel: (561) 625-4400 |
| Fax: (561) 687-0154 | Fax: (561) 625-0610 |
| By: *[signature]* | By: *[signature]* |
| Alan M. Aronson | Thomas J. Baird |
| (F.B.N. 895997) | (F.B.N. 475114) |

# TOWN OF JUPITER
## COMPUTATION FOR ADDITIONAL OVERTIME DOLLARS
## UNIFORM/CLEANING ALLOWANCE
## OCTOBER 1, 1997 - SEPTEMBER 30, 2000

### POLICE OFFICERS/DETECTIVES

| Employee Name | Date Of Hire | Overtime Hours FY97-99 | Overtime Hours FY 2000 | Total | Uniform Allowance | Hourly Conversion | Amount Due |
|---|---|---|---|---|---|---|---|
| Albert, George | 11/18/1991 | 45.50 | 55.50 | 101.00 | $500.00 | 0.24 | $24.24 |
| Allen, Dormal III | 05/13/1996 | 180.75 | 70.00 | 250.75 | 500.00 | 0.24 | $60.18 |
| Almodovar, Wilfredo | 10/02/1995 | 22.50 | 84.00 | 106.50 | 500.00 | 0.24 | $25.56 |
| Axley, Dennis | 02/27/1989 | 111.75 | 90.00 | 201.75 | 500.00 | 0.24 | $48.42 |
| Banegas, John | 09/28/1998 | 40.50 | 119.50 | 160.00 | 500.00 | 0.24 | $38.40 |
| Barbanera, Dominick | 08/27/1990 | 156.50 | 175.50 | 332.00 | 500.00 | 0.24 | $79.68 |
| Barbera, Michael (*) | 12/02/1996 | N/A | 34.75 | 34.75 | 700.00 | 0.34 | $11.82 |
| Barrett, James | 05/27/1997 | 210.00 | 83.25 | 293.25 | 500.00 | 0.24 | $70.38 |
| Barry, Michael III | 02/13/1995 | 101.75 | 89.00 | 190.75 | 500.00 | 0.24 | $45.78 |
| Berg, John (*) | 08/08/1991 | N/A | 12.00 | 12.00 | 700.00 | 0.34 | $4.08 |
| Blackard, Robert | 04/08/1996 | 177.75 | 56.00 | 233.75 | 500.00 | 0.24 | $56.10 |
| Broedell, Thomas | 06/11/1977 | 40.00 | 28.00 | 68.00 | 500.00 | 0.24 | $16.32 |
| Bruno, Paul | | | 111.00 | 111.00 | 500.00 | 0.24 | $26.64 |
| Coleman, Randall | 04/22/1996 | 94.50 | 82.50 | 177.00 | 500.00 | 0.24 | $42.48 |
| Conyette, Peter | 10/30/1989 | 25.75 | 73.00 | 98.75 | 500.00 | 0.24 | $23.70 |
| Curcio, Vincent | 02/17/1992 | 222.00 | 160.00 | 382.00 | 500.00 | 0.24 | $91.68 |
| Curtis, Cliff | 01/15/1990 | 146.00 | 255.50 | 401.50 | 500.00 | 0.24 | $96.36 |
| Cuyno, Chaicham | 03/07/1994 | 56.25 | 72.00 | 128.25 | 500.00 | 0.24 | $30.78 |
| Daunais, Danielle | 04/13/1998 | 111.25 | 203.00 | 314.25 | 500.00 | 0.24 | $75.42 |
| Depaola, Richard | 03/25/1991 | 28.50 | 21.00 | 49.50 | 500.00 | 0.24 | $11.88 |
| Drown, Sandra | 05/11/1992 | 258.75 | 155.00 | 413.75 | 500.00 | 0.24 | $99.30 |
| England, David | 06/08/1998 | 12.00 | 47.75 | 59.75 | 500.00 | 0.24 | $14.34 |
| Espinosa, Anthony | 10/27/1997 | 260.75 | 301.00 | 561.75 | 500.00 | 0.24 | $134.82 |
| Facchine, Amy (*) | 09/06/1994 | N/A | 30.50 | 30.50 | 700.00 | N/A | $0.00 |
| Fisher, Clyde | 11/07/1988 | 124.50 | 137.75 | 262.25 | 500.00 | 0.24 | $62.94 |
| Foote, Daniel | 01/11/1999 | 12.50 | 137.50 | 150.00 | 500.00 | 0.24 | $36.00 |
| Frank, Eric | 07/07/1997 | 64.50 | 153.75 | 218.25 | 500.00 | 0.24 | $52.38 |
| Fronrath, Charles | 01/22/1996 | 190.75 | 153.75 | 344.50 | 500.00 | 0.24 | $82.68 |
| Gelina, Philip | 04/26/1999 | 10.00 | 156.50 | 166.50 | 500.00 | 0.24 | $39.96 |
| Gerard, Kenr (*) | 12/12/1994 | N/A | 67.00 | 67.00 | 700.00 | 0.34 | $22.78 |
| Gilbert, Eric | 11/30/1998 | 31.25 | 135.00 | 166.25 | 500.00 | 0.24 | $39.90 |
| Given III, Robert | 06/01/1999 | | 147.50 | 147.50 | 500.00 | 0.24 | $35.40 |
| Harbar, Robe (*) | 10/05/1987 | N/A | 26.50 | 26.50 | 700.00 | 0.34 | $9.01 |
| Harrington, Paul | 09/11/1995 | 147.25 | 37.50 | 184.75 | 500.00 | 0.24 | $44.34 |
| Harris, Quinn | 05/16/1994 | 175.50 | 91.00 | 266.50 | 500.00 | 0.24 | $63.96 |
| Hirsch, Adam | 04/13/1998 | 127.50 | 163.25 | 290.75 | 500.00 | 0.24 | $69.78 |
| Hoosac, Brent | 04/15/1994 | 99.50 | 115.25 | 214.75 | 500.00 | 0.24 | $51.54 |
| Hubbard, Richard | 05/23/1988 | 231.00 | 104.25 | 335.25 | 500.00 | 0.24 | $80.46 |
| Irons, Carla | 02/12/1996 | 56.50 | 37.50 | 94.00 | 500.00 | 0.24 | $22.56 |
| Johnson, John | 01/11/1999 | 25.75 | 24.00 | 49.75 | 500.00 | 0.24 | $11.94 |
| Johnson, Shawn | 06/03/1996 | 53.00 | 25.00 | 78.00 | 500.00 | 0.24 | $18.72 |
| Jose, Felipe | 03/19/1996 | 6.50 | 89.00 | 95.50 | 500.00 | 0.24 | $22.92 |
| Kaczwara, Jeffrey | | | 1.00 | 1.00 | 500.00 | 0.24 | $0.24 |
| Kenerson, Jared | 03/08/1999 | 16.25 | 136.50 | 152.75 | 500.00 | 0.24 | $36.66 |
| Kniffin, Robert | 03/29/1999 | 0.00 | 80.00 | 80.00 | 500.00 | 0.24 | $19.20 |
| Kohlhorst, Craig | 10/23/1995 | 107.00 | | 107.00 | Terminated | Terminated | $0.00 |
| Kowalski, Don | 11/05/1990 | 10.00 | 8.00 | 18.00 | 500.00 | 0.24 | $4.32 |

Exhibit A

# TOWN OF JUPITER
## COMPUTATION FOR ADDITIONAL OVERTIME DOLLARS
## UNIFORM/CLEANING ALLOWANCE
## OCTOBER 1, 1997 - SEPTEMBER 30, 2000

### POLICE OFFICERS/DETECTIVES

| Employee Name | Date Of Hire | FY97 - 99 | Overtime Hours FY 2000 | Total | Uniform Allowance | Hourly Conversion | Amount Due |
|---|---|---|---|---|---|---|---|
| Lilienfield, Michael |  |  | 80.00 | 80.00 | 500.00 | 0.24 | $19.20 |
| Lloyd, Jonathan | 02/05/1996 | 758.45 | 510.00 | 1,268.45 | 500.00 | 0.24 | $304.43 |
| Lunsford, Shane | 06/15/1998 | 58.00 | 133.00 | 191.00 | 500.00 | 0.24 | $45.84 |
| Malone, David | 12/11/1995 | 138.25 | 146.50 | 284.75 | 500.00 | 0.24 | $68.34 |
| Montrois, Raymond | 02/10/1997 | 230.25 | 206.00 | 436.25 | 500.00 | 0.24 | $104.70 |
| Norman, Chad | 12/15/1997 | 70.25 | 146.50 | 216.75 | 500.00 | 0.24 | $52.02 |
| Pascarella, Scott (*) | 09/17/1990 | N/A | 31.50 | 31.50 | 700.00 | 0.34 | $10.71 |
| Popilek, Brian | 09/16/1996 | 105.75 | 28.00 | 133.75 | 500.00 | 0.24 | $32.10 |
| Sanders, Kelly | 07/01/1996 | 144.25 | 104.25 | 248.50 | 500.00 | 0.24 | $59.64 |
| Saunders, Tim | 04/14/1996 | 161.75 | 98.50 | 260.25 | 500.00 | 0.24 | $62.46 |
| Schultz, David | 11/30/1985 | 14.50 | 16.50 | 31.00 | 500.00 | 0.24 | $7.44 |
| Scurry, Reginald | 11/15/1999 |  | 47.00 | 47.00 | 500.00 | 0.24 | $11.28 |
| Settle, Steve | 06/20/1988 | 146.00 | 154.50 | 300.50 | 500.00 | 0.24 | $72.12 |
| Sitra-Rosco, Jill | 09/09/1991 | 71.50 | 110.00 | 181.50 | 500.00 | 0.24 | $43.56 |
| Smith, Chris | 12/27/1993 | 241.25 | 53.50 | 294.75 | 500.00 | 0.24 | $70.74 |
| Sprauer, Jeff | 03/19/1984 | 112.25 | 114.75 | 227.00 | 500.00 | 0.24 | $54.48 |
| St. Laurent, Bruce | 02/10/1992 | 0.00 | 92.00 | 92.00 | 500.00 | 0.24 | $22.08 |
| Thompson, Kim | 08/08/1988 | 21.50 | 73.75 | 95.25 | 500.00 | 0.24 | $22.86 |
| Tremblay, Peter | 04/12/1999 | 0.00 | 50.75 | 50.75 | 500.00 | 0.24 | $12.18 |
| Vansteenburgh, Jason |  |  | 79.75 | 79.75 | 500.00 | 0.24 | $19.14 |
| Vince, Bradley | 05/09/1994 | 178.25 | 44.00 | 222.25 | 500.00 | 0.24 | $53.34 |
| Wallace, Just (*) | 08/10/1992 | N/A | 179.50 | 179.50 | 700.00 | 0.34 | $61.03 |
| Walling, Amy | 06/17/1996 | 413.25 | 471.75 | 885.00 | 500.00 | 0.24 | $212.40 |
| Ward, John (*) | 01/14/1991 | N/A | 20.50 | 20.50 | 700.00 | 0.34 | $6.97 |
| Winegard, Pamela | 08/10/1992 | 482.50 | 177.25 | 659.75 | 500.00 | 0.24 | $158.34 |
| Zanolli, Robert |  |  | 142.50 | 142.50 | 500.00 | 0.24 | $34.20 |
| Zaragoza, Nestor | 06/06/1999 | 0.00 | 139.75 | 139.75 | 500.00 | 0.24 | $33.54 |
| Total |  | 7,139.95 | 7,889.25 | 15,029.20 |  |  | $3,611.18 |

(*) Previous O/T adjustment payment for 10/01/97 - 09/30/99 included uniform allowance.

# TOWN OF JUPITER
## COMPUTATION FOR ADDITIONAL OVERTIME DOLLARS
## UNIFORM/CLEANING ALLOWANCE
## OCTOBER 1, 1997 - SEPTEMBER 30, 2000

**SERGEANTS**

| Employee Name | Date Of Hire | Overtime Hours FY97 - 99 | Overtime Hours FY 2000 | Total | Uniform Allowance | Hourly Conversion | Amount Due |
|---|---|---|---|---|---|---|---|
| Bache, Jim | 09/24/1990 | 391.75 | 219.75 | 611.50 | $500.00 | $0.24 | $146.76 |
| Bottger, Charlie | 09/05/1981 | 124.75 | 170.25 | 295.00 | 500.00 | 0.24 | $70.80 |
| Feeney, James | 09/08/1987 | 137.25 | 174.25 | 311.50 | 500.00 | 0.24 | $74.76 |
| Goad, Michael | 12/05/1988 | 216.00 | 117.50 | 333.50 | 500.00 | 0.24 | $80.04 |
| Hess, Frank | 12/28/1987 | 53.50 | 57.00 | 110.50 | 500.00 | 0.24 | $26.52 |
| Jacobsen, Richard | 10/11/1982 | 0.00 | 35.50 | 35.50 | 500.00 | 0.24 | $8.52 |
| Maio, Lenore | 10/15/1990 | 19.00 | 26.00 | 45.00 | 500.00 | 0.24 | $10.80 |
| Scopelitas, Nikitas | 06/12/1989 | 84.00 | 81.75 | 165.75 | 500.00 | 0.24 | $39.78 |
| Wisnieski, John | 11/04/1985 | 16.00 | 60.00 | 76.00 | 500.00 | 0.24 | $18.24 |
| Total | | 1,042.25 | 942.00 | 1,984.25 | | | $476.22 |

# TOWN OF JUPITER
## COMPUTATION FOR ADDITIONAL OVERTIME DOLLARS
## UNIFORM/CLEANING ALLOWANCE
## OCTOBER 1, 1997 - SEPTEMBER 30, 2000

### LIEUTENANTS

| Employee Name | Date Of Hire | Overtime Hours FY97 - 99 | Overtime Hours FY 2000 | Total | Uniform Allowance | Hourly Conversion | Amount Due |
|---|---|---|---|---|---|---|---|
| Baker, Mark | 08/19/1985 | 0.00 | 8.00 | 8.00 | $500.00 | $0.24 | $1.92 |
| DeAtley, Scott | 10/31/1988 | 29.50 | 29.00 | 58.50 | 500.00 | 0.24 | $14.04 |
| Flannery, Tom | 07/16/1990 | N/A | 0.00 | 0.00 | 700.00 | 0.34 | $0.00 |
| Gomez, Antonio | 11/19/1977 | 0.00 | 8.00 | 8.00 | 500.00 | 0.24 | $1.92 |
| Miller, Sam | 03/27/1985 | 15.50 | 84.00 | 99.50 | 500.00 | 0.24 | $23.88 |
| Smith, Earl | 01/11/1988 | 0.00 | 16.00 | 16.00 | 500.00 | 0.24 | $3.84 |
| Total | | 45.00 | 145.00 | 190.00 | | | $45.60 |

## FINAL ORDER OF DISMISSAL

THIS CAUSE having come before the Court upon the foregoing Stipulation, and the Court being fully advised in the premises, it is hereupon

ORDERED and ADJUDGED that the above cause is hereby dismissed, with prejudice, with the Court retaining jurisdiction to enforce the terms of this settlement agreement and each party to bear its own costs and attorney's fees.

DONE AND ORDERED, in Palm Beach County, Florida, this ____ day of _____, 2001.

_____
U.S. DISTRICT COURT JUDGE

Copies furnished to:

Alan M. Aronson
General Counsel
2100 N. Florida Mango Rd.
West Palm Beach, FL 33406

Thomas J, Baird, P.A.
Attorney for Town of Jupiter
11891 U.S. Highway One, Suite 105
North Palm Beach, FL 33408